≈AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Massachusetts

Washington Mutual Bank,
   Plaintiff,

V.

Dan W. Adams, Heidi K. Adams,
United States of America,
Commonwealth of Massachusetts
Department of Revenue, Delta
Funding Corporation and
Beneficial Massachusetts Inc.,
   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-11686WGY**

TO: (Name and address of Defendant)

Delta Funding Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Patrick Kennedy, Esq.
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  8-15-05



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

August 22, 2005

I hereby certify and return that on 8/19/2005 at 2:08PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Thomas Gordan, clerk and agent, person in charge at the time of service for Delta Funding Corp., at c/o Law Offices of Mark Gladstone 220 Forbes Road, Suite 301 Braintree, MA 02184.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.96) Total Charges $49.46

Deputy Sheriff William M Blake

*Deputy Sheriff*