%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
Massachusetts

Washington Mutual Bank,
  Plaintiff,

            V.

Dan W. Adams, Heidi K. Adams,
United States of America,
Commonwealth of Massachusetts
Department of Revenue, Delta
Funding Corporation and
Beneficial Massachusetts, Inc.,
  Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05-11686WGY

TO: (Name and address of Defendant)

Heidi K. Adams

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Patrick Kennedy, Esq.
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA   02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

| CLERK | | DATE |
|---|---|---|
| | | 8-15-05 |

(By) DEPUTY CLERK

 **Barnstable County Sheriff's Office**

I hereby certify and return that on **August 18, 2005 at 2:00 PM** I served a true and attested copy of Summons, Complaint, Civil Action Cover Sheet & Category Sheet, to the within named Defendant, Heidi K. Adams, by leaving at the last and usual abode to wit: 15 Highfield Drive, Sandwich, MA 02563, and by mailing 1st class a copy of the Summons to the Defendant at the stated address on August 18, 2005.

Fee:        $20.00

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannisport, MA 02672

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                    *Signature of Server*


                                                        _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.