UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| WASHINGTON MUTUAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-11686 |
| ) | |
| DAN W. ADAMS, HEIDI K. ADAMS, ) | |
| UNITED STATES OF AMERICA, ) | |
| COMMONWEALTH OF ) | |
| MASSACHUSETTS DEPARTMENT OF ) | |
| REVENUE, DELTA FUNDING ) | |
| CORPORATION and BENEFICIAL ) | |
| MASSACHUSETTS INC., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF SERVICE OF PROCESS
PURSUANT TO FED. R.CIV. P. 4**

I, Mary Ellen Manganelli, state as follows:

1.   I am an attorney at the law firm of Bulkley, Richardson and Gelinas, LLP, One Post Office Square, Suite 3700, Boston, Massachusetts, and one of the attorneys of record for the plaintiff, Washington Mutual Bank, in this action.

2.   Service upon the defendant United States of America, Internal Revenue Service has been made in this action, in part, by certified mail addressed to:

   a.   D. Patrick Mullarkey, Chief Tax Division, P.O. Box 55 – Ben Franklin Station, Washington, D.C.; and

   b.   Alberto R. Gonzales, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C.

3.  Said service was made by mailing a letter, via certified mail, a copy of which is attached as Exhibit A, together with copies of the Summons, the Complaint, Civil Action Cover Sheet, and Category Sheet. Attached hereto as Exhibits B are the original return receipts, showing the receipt of said documents.

4.  The United States of America was also served with a summons at the U.S. Attorney's Office, 1 Courthouse Way, U.S. Courthouse, Suite 9200, Boston, Massachusetts and at Internal Revenue Service, 10 Causeway Street, Boston, Massachusetts on August 22, 2005 and August 24, 2005 respectively. Proof of service and the original summonses were filed with this court on or about September 2, 2005.

Signed under the penalties of perjury this 9th day of September 2005.

>WASHINGTON MUTUAL BANK,
>By its Attorneys,
>
>_/s/ Mary Ellen Manganelli_
>Donna Randall, BBO #631590
>J. Patrick Kennedy, BBO #565778
>Mary Ellen Manganelli, BBO #641658
>Bulkley, Richardson and Gelinas, LLP
>One Post Office Square, Suite 3700
>Boston, MA 02109
>(617) 368-2500

(#307555)



**BULKLEY, RICHARDSON AND GELINAS, LLP**

LAW OFFICES
ONE POST OFFICE SQUARE
SUITE 3700
BOSTON, MA 02109

TEL: (617) 368-2500
FAX: (617) 368-2525

MARY ELLEN MANGANELLI
DIRECT DIAL (617) 368-2503
MMANGANELLI@BULKLEY.COM

August 16, 2005

*VIA FIRST CLASS MAIL*

D. Patrick Mullarkey
Chief Tax Division
P.O. Box 55 – Ben Franklin Station
Washington, DC 20044

    RE:    Washington Mutual Bank v. Dan W. Adams, et al
            United States District Court Docket No. 05-11686WGY

Dear Sir or Madam:

    Please find enclosed summons and complaint relative to the above referenced matter. Kindly forward your acceptance of service to my attention at your earliest convenience.

    Do not hesitate to contact me if you have any questions or concerns.

                            Very truly yours,

                            Mary Ellen Manganelli

MEM/jw
Enclosures
cc:    J. Patrick Kennedy, Esq.

305873.1

# UNITED STATES DISTRICT COURT

District of
Massachusetts

Washinton Mutual Bank,
   Plaintiff,

V.

Dan W. Adams, Heidi K. Adams,
United States of America
Commonwealth of Massachusetts
Department of Revenue, Delta
Funding Corporation and
Beneficial Massachusetts, Inc.
   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-11686 WGY

TO: (Name and address of Defendant)

United States of America

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Patrick Kennedy, Esq.
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    AUG 16 2005

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

1430    P85550197

$00.00  AUG 16 2005
751                     02109

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $

Postmark
Here

Sent To: D. Patrick Mullarkey
Street, Apt. No.; or PO Box No. IRS
City, State, ZIP+4 Washington D.C.

7000 0002 0531 6882
7000 1670

PS Form 3800, May 2000         See Reverse for Instructions



BULKLEY, RICHARDSON AND GELINAS, LLP

LAW OFFICES
ONE POST OFFICE SQUARE
SUITE 3700
BOSTON, MA 02109

TEL: (617) 368-2500
FAX: (617) 368-2525

MARY ELLEN MANGANELLI
DIRECT DIAL (617) 368-2503
MMANGANELLI@BULKLEY.COM

August 16, 2005

*VIA FIRST CLASS MAIL*

Alberto R. Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

    RE: Washington Mutual Bank v. Dan W. Adams, et al
          United States District Court Docket No. 05-11686WGY

Dear Sir or Madam:

    Please find enclosed summons and complaint relative to the above referenced matter. Kindly forward your acceptance of service to my attention at your earliest convenience.

    Do not hesitate to contact me if you have any questions or concerns.

                                   Very truly yours,

                                   Mary Ellen Manganelli

MEM/jw
Enclosures
cc:   J. Patrick Kennedy, Esq.

305873.1

# UNITED STATES DISTRICT COURT

District of _____
Massachusetts

Washinton Mutual Bank,
   Plaintiff,

        V.

Dan W. Adams, Heidi K. Adams,
United States of America,
Commonwealth of Massachusetts
Department of Revenue, Delta
Funding Corporation and
Beneficial Massachusetts Inc.,
   Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

05   11686 WGY

TO: (Name and address of Defendant)

United States of America

    YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Patrick Kennedy, Esq.
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02108

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

AUG 16 2005

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 1670 0000 2005 0531 4899

1400    PB5550197

Postage  $00.00   Aug 16 2005
7514 MAILED FROM ZIP CODE   02109
Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark Here

Total Postage & Fees   $

Sent To: Atty Gen. Alberto Gonzales
Street, Apt. No. or PO Box No.
City, State, ZIP+4: Washington, DC.

PS Form 3800, May 2000                  See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General Alberto R. Gonzales
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7000 1670 0002 0531 6899

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-083

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D. Patrick Mullarkey,
Chief Tax Dis.-North Dis.
PO Box 55 -Ben Franklin Station
Washington, DC 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  LaRon Williams
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
LaRon Williams                      8/22/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7000 1670 0002 0531 6882

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835