UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    Civil Action
                                                    No: **05-11686-WGY**

**WASHINGTON MUTUAL BANK**
**Plaintiff**

v.

**DAN W. ADAMS**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, Washington Mutual Bank for an order of Default for failure of the Defendant, Dan W. Adams, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on September 14, 2005.

                                                    **Sarah A. Thornton**
                                                    **Clerk**


                                               **By:**    **/s/ Marie Bell**
                                                         **Deputy Clerk**

Notice mailed to counsel of record and defendants.