UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 05-11686WGY

| | |
|---|---|
| **WASHINGTON MUTUALBANK,** | ) |
| **Plaintiff** | ) |
| v. | ) |
| | ) |
| **DAN W. ADAMS, HEIDI K. ADAMS,** | ) |
| **UNITED STATES OF AMERICA,** | ) |
| **COMMONWEALTH OF MASSACHUSETTS** | ) |
| **DEPARTMENT OF REVENUE,** | ) |
| **DELTA FUNDING CORPORATION and** | ) |
| **BENEFICIAL MASSACHUSETTS INC.,** | ) |
| **Defendants** | ) |

## DISCLAIMER OF INTEREST

    The defendant, the Commonwealth of Massachusetts Commissioner of Revenue (the "Commonwealth") disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendants, Dan W. Adams and Heidi K. Adams.

                              Respectfully submitted,
                            ALAN LEBOVIDGE
                              COMMISSIONER OF REVENUE
                              By his attorney,

                           /s/ /Eileen Ryan McAuliffe
                           Eileen Ryan McAuliffe
                           BBO No. 435260
                           Counsel for the Commissioner
                           Department of Revenue
                           Litigation Bureau
                           100 Cambridge Street, 7th Floor
                           Boston, Massachusetts 02110

**Dated:  September 28, 2005**
199928/ERM

Case 1:05-cv-11686-WGY    Document 22    Filed 09/28/2005    Page 3 of 4

## CERTIFICATE OF SERVICE

      I, Eileen Ryan McAuliffe, hereby certify that I have served the within Commonwealth's Notice of Disclaimer by mailing a copy first class mail, postage prepaid, to:

.
J. Patrick Kennedy, Esq.
Donn A. Randall, Esq.
Mary Ellen Manganelli, Esq.
Bulkley, Richardson & Gelinas, LLP
One Post Office Square, Suite 3700
Boston, Massachusetts 02109


                                   /s/ Eileen Ryan McAuliffe
                                  **Eileen Ryan McAuliffe**


**Date:  September 28, 2005**

199928/ERM