UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Washington Mutual Bank,<br>   Plaintiff,<br><br>v.<br><br>Dan W. Adams, Heidi K. Adams, United States of America, Commonwealth of Massachusetts Department of Revenue, Delta Funding Corporation, and Beneficial Massachusetts, Inc.,<br>   Defendants. | )<br>)<br>)<br>)<br>)  C.A. No.: 05-11686WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Notice is hereby given that Brian R. Hachey, Esquire of Shechtman Halperin Savage, LLP. hereby enter his appearance in this matter on behalf of the Defendant, Beneficial Massachusetts, Inc.

                Respectfully submitted,

                BENEFICIAL MASSACHUSETTS, INC.,

                By its attorneys,

                _____
                Brian R. Hachey, BBO 647710
                Shechtman Halperin Savage LLP
                86 Weybosset Street
                Providence, Rhode Island 02903
                Tel. (401) 272-1400
                Fax (401) 272-1403

Dated: September 29, 2005

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that she caused a true and accurate copy of the within Appearance was served via regular mail, postage prepaid, upon the following parties on this the 29th day of September, 2005.

J. Patrick Kennedy, Esq.
Buckley, Richardson and Gelinas, LLP
One Post Office Square
Suite 3700
Boston, MA 02109

Dan W. Adams
Heidi K. Adams
15 Highfield Dr.
Sandwich, MA 02563

Massachusetts Department of Revenue
PO Box 7021
Boston, MA 02204

Delta Funding Corporation
1000 Woodbury Road
Suite 200
Woodbury, NY 11797

Internal Revenue Service
C/o US Dept. of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044

_____
Richard J. Volpe, Esquire