# United States District Court
## District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Sarah A Thornton  　　　　　　　　　　　　　　　Financial Section
Clerk of Court  　　　　　　　　　　　　　　　　　617-748-9143

*05 11686-WGY*

Your personal check/money order no. 0778298768l in the amount of $20.00 is hereby returned to you for the following reason(s):

☐ Check/money order is unsigned.

☐ Check/money order not payable to Clerk, U.S. District Court.

☐ Check is a starter check.

☒ No information provided in which to apply payment to.

☐ We cannot accept third party checks.

☐ Check/money order belongs to another court.

☐ Check/money order is made out for the wrong amount. The proper fee is $_____.

☒ Other We don't show ANY payments DUE

U.S. District Court
Financial Section