UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON MUTUAL HOME LOANS ) | |
| hereinafter WAMU ) | |
| ) | |
| V. ) | case 05 - 11686  WGY |
| ) | |
| ) | |
| DAN W. ADAMS et al ) | |

### NOTICE OF SETTLEMENT OFFER

Dear US FEDERAL DISTRICT COURT, hereinafter COURT:

Your offer dated September 14, 2005 is timely accepted for value and returned for

value as consideration for settlement closure of the account.  Dan Wayne Adams,

hereinafter Adams, accepts the full dollar value of offer as the current balance due for

October 2005.

Enclosed please find one dollar money postal order for October 2005 payment leaving

a balance for November 2005 of full dollar value of offer minus one dollar.  COURT

shall present proof of claim or account settles and closes and COURT agrees to

dismiss case No. 05 – 11686 WGY with prejudice and COURT agrees WAMU shall

return clear title to the property located at 15 Highfield Drive Sandwich Massachusetts

and COURT agrees WAMU shall pay Adams ten million dollars and COURT agrees to

accept all liability for breach of this agreement in ten days upon receipt hereof.

October 10, 2005

Sincerely,

Dan Wayne Adams

Your letter dated October 5, 2005 is timely accepted for value and returned as consideration for settlement and closure.

Plaintiff shall provide proof of claim or account closes in ten days of receipt hereof.

Date _November 8, 2005_

Autotris, cusip,
and social security numbers: _51044 3236_

Exempt from levy.

Name _by Dan Wayne Adams, Agent_

_Re: Case 05-11686 WGY_

