UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WASHINGTON MUTUAL HOME LOANS  )
 hereinafter WAMU              )
                               )
         V.                    )   case 05 - 11686  WGY
                               )
HEIDI K. ADAMS                 )

**NOTICE OF SETTLEMENT OFFER**

Dear US FEDERAL DISTRICT COURT, hereinafter COURT:

Your offer dated September 14, 2005 is timely accepted for value and returned for value as consideration for settlement closure of the account.  Heidi K. Adams, hereinafter Adams, accepts the full dollar value of offer as the current balance due for October 2005.

Enclosed please find one dollar money postal order for October 2005 payment leaving a balance for November 2005 of full dollar value of offer minus one dollar. COURT shall present proof of claim or account settles and closes and COURT agrees to dismiss case No. 05 – 11686 WGY with prejudice and COURT agrees WAMU shall return clear title to the property located at 15 Highfield Drive Sandwich Massachusetts and COURT agrees WAMU shall pay Adams ten million dollars and COURT agrees to accept all liability for breach of this agreement in ten days upon receipt hereof.

October 10, 2005                        Sincerely,

                                        ✓

                                        Heidi K. Adams

                                        AUTO TRIS/CUSIP/SS #
                                        01542 1263

Commonwealth of Massachusetts
County of Barnstable
The Superior Court

CIVIL DOCKET#: **BACV2005-00287**

Washingon Mutual Bank,
        Plaintiff(s)
  vs.

Dan W Adams,
Heidi K Adams,
        Defendant(s)

### FINDING AND EX PARTE ORDER
### FOR APPROVAL OF ATTACHMENT

This cause came on to be heard upon an ex parte Motion for Approval of Attachment, and thereupon, upon consideration thereof, the Court hereby finds that:

1. There is a reasonable likelihood that the plaintiff will recover judgment, including interest and costs, in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance shown by the defendant to be available, and that either

2. The person of the defendant is not subject to the jurisdiction of the Court, * or

3. There is a clear danger that the defendant if notified in advance of attachment of his property will remove it from the Commonwealth or conceal or convey it,* or

4. There is immediate danger that the defendant will damage, destroy or waste the property to be attached. *

Therefore, the Court hereby **approves** attachment in the amount of

$ 345,000.00

Three hundred Forty five thousand and 00/100 Dollars

*OFFER ACCEPTED FOR VALUE & RETURNED FOR VALUE*
DATE: August 28, 2005
NAME: Dan Adams
EIN: 044 31 ___

_____
Justice of the Superior Court

Entered: 05/25/2005

NOTE: *Strike out findings not applicable.

Date: ✓
Name: ✓
EIN: 01 542 1263

35

