## NOTICE OF CONDITIONAL ACCEPTANCE

December 09, 2005                           Certified Mail: # 7005 1820 0005 3258 1852

Dan Wayne Adams, hereinafter Adams

15 Highfield Drive

SANDWICH, MASS 02563

WASHINGTON MUTUAL HOME LOANS, hereinafter WAMU

c/o J. Patrick Kennedy, dba ATTORNEY             Re: case 05-11686 WGY

BULKLEY, RICHARDSON, and GELINAS, LLP

ONE POST OFFICE SQUARE, SUITE 3700

BOSTON, MASS 02109

RE: Private Settlement of Account Number: #0044609592

Adams is not one in the same as any legal fiction entity, 14th Amendment person,

corporation, commercial strawman or number created by the federal government.

Dear WAMU:

Your offer dated 08/15/05 is timely and conditionally accepted for value upon presenting proof that WAMU did not accept Adams offer to settle and to close the account and upon presenting proof that the account is not current and closed.

WAMU shall present proof of claim within 10 days receipt hereof or :

1) WAMU agrees to record a full release in the BARNSTABLE County Recorders Office, Massachusetts in favor of Adams; and

2) WAMU agrees and admits that the return of money order demonstrates that those funds are in fact an overpayment returned and signifies that no debt exists to which overpayment can be applied; and

3) WAMU agrees the conditions are valid and not frivolous; and,

4) WAMU agrees that failure to present proof of claim within the time certain and allotted, will result in the absolute waiver of WAMU rights; and

5) WAMU agrees to pay Adams ten million dollars; and

page 1 of 2

6) WAMU agrees that this Conditional Acceptance paper shall be a commercial instrument, redeemable at any WAMU branch or any Bank or FDIC insured/ Federal Reserve or Member Bank for ten million dollars by Adams; and

7) WAMU agrees that in any event, Adams has the right, granted authority and permission to collect the damages/penalty debt assessed; and

8) WAMU agrees that this debt may be securitized and hypothecated at undersigned's option; and

9) WAMU agrees to remove any negative item(s) that WAMU is now reporting, may report or have intentions to report to any credit reporting agency that are in any way related to the account identified by WAMU as account number 0044609592 in ten days upon receipt hereof.

10) WAMU admits WAMU and Atty. J. PATRICK KENNEDY are engaged in a conspiracy prosecutable under the RICO act; and, admits WAMU's authorized representative, namely Atty. J. PATRICK KENNEDY is a co-conspirator and shall agree to pay Adams Ten (10) Million US Dollars.

Sincerely,

by: _Dan Wayne Adams, Agent_

DAN W. ADAMS

✓ ALEX HIDVEGHY

witness, print name

✓ KEVIN CROCOMBE

witness, print name

_[signature]_

witness, signature

✓ _[signature]_

witness, signature

cc: file, court

page 2 of 2