From: Dan Wayne Adams

To: Administrative Law Judge YOUNG W.G. esquire
c/o US DISTRICT COURT DISTRICT OF MASSACHUSETTS, INC

Greetings, In the Name of Jesus the Christ I come in peace. Blessed is he who comes in the name of the Lord.

## LETTER ROGATORY

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re Case (Account) Number 05-11686WGY

     Now comes Dan Wayne Adams, Sui Juris, third party intervener, by special appearance to challenge the subject matter jurisdiction in this matter, hereinafter referred to as me, my, I or the like, to issue this LETTER ROGATORY to Administrative Law Judge YOUNG W.G. esquire. Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for me, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

Administrative Law Judge YOUNG W.G. esquire, you are hereby directed to cease and desist collection activities on this account as outlined in the enclosed NOTICE AND DEMAND, AFFIDAVIT, ADMISSIONS and DEFINITIONS immediately. Furthermore, you are hereby directed to take my acceptance for value and PROMISSORY NOTE and STANDARD FORMS 24, 25 and 25a and apply them to this matter closing and settling the account and immediately provide me with a post settlement accounting and do not refuse or neglect to do so under penalty of law.

**WARNING:** if you are incompetent to understand the importance of this presentment you are strongly encouraged to seek competent council. Ignorance of the law is no excuse for any injury you attempt to visit on me as a result of programmed lack of knowledge.

My yes is my yes and my no is my no.

_____
Dan Wayne Adams, Secured Party
Authorized Representative

US DISTRICT COURT DISTRICT OF MASSACHUSWETTS COURT, INC

Alleged Plaintiff
    STATE OF MASSACHUSETTS inc.
    A corporation

Case (account) Number 05 - 116868 WGY
Administrative Law Judge: YOUNG, G.Y.
    esquire

v.

Alleged Defendant
DAN W. ADAMS ET AL
A legal fiction

## ORDER

This matter came on _____ and after further consideration it is hereby ORDERED that:

a) the promissory note and STANDARD FORMS 24, 25, and 25a herein are accepted and processed,

b) clear title of property at 15 Highfield Drive Sandwich Massachusetts is delivered to Dan Wayne Adams and Heidi K. Adams,

c) a DISCHARGE OF MORTGAGE is again recorded in the Barnstable County, Massachusetts public records,

d) this matter is dismissed with prejudice,

_____
YOUNG W. G. esquire
Administrative law judge