**Respond To:**     **Phillip Lavalle; Depriest**
C/o 2320 East Baseline Rd
Suite 148-239
Phoenix, Arizona [85042]



FILED
\_RKS OFFICE

2006 AUG -7  P 3: 53

DISTRICT COURT
DISTRICT OF MASS

To: W.G. YOUNG, agent for
US FEDERAL DISTRICT COURT
1 Courthouse Way Suite 2300
Boston, MA 02210

**VERIFIED NOTICE OF DEFAULT WITH OPPORTUNITY TO CURE**

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: Dan Wayne Adams

Now comes Dan Wayne Adams, hereinafter referred to as me, my, I or the like, Sui Juris, to timely make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

1.) I am of legal age, competent to testify and under no legal disability.

2.) A certain AFFIDAVIT with attachments to W.G. YOUNG is made a part of this VERIFIED NOTICE OF DEFAULT AND OPPORTUNITY TO CURE by reference as if fully written out herein and hereinafter referred to as PRESENTMENT was sent to W.G. YOUNG, respondent on June 2, 2006.

3.) W.G. YOUNG received the PRESENTMENT as evidenced by Postal Form PS3811 number 7004 1160 0004 3067 9435 dated June 5, 2006.

4.) As of {At least 14 days later}, I have not received a rebuttal from W.G. YOUNG.

5.) W.G. YOUNG is now in DEFAULT.

6.) By this VERIFIED NOTICE OF DEFAULT AND OPPORTUNITY TO CURE W.G. YOUNG has three additional days opportunity to cure the DEFAULT.

7.) W.G. YOUNG and/or any other interested party have three days from the verified receipt of this VERIFIED NOTICE OF DEFAULT AND OPPORTUNITY TO

CURE to rebut the PRESENTMENT item by item and line by line or be forever estopped by DEFAULT.

8.) DEFAULT on the part of W.G YOUNG will constitute agreement, consent and stipulation to be bound by tacit consent to me, by adhesion, for the liability as outlined in the PRESENTMENT.

9.) DEFAULT on the part of W.G.YOUNG will vest Dan Wayne; Adams with POWER OF ATTORNEY of W.G. YOUNG for the purpose of liquidating all of the assets of W.G. YOUNG to satisfy this obligation.

10.) If additional time is needed for a rebuttal, W.G.YOUNG must request a reasonable extension of time within the three day limit accompanied with the release of the "injunction" against Dan Wayne Adams or the posting to the security of W.G. YOUNG a bond equaling the amount of gold or silver coin necessary to compensate me for the trespass in an amount equaling one million dollars, lawful specie gold or silver coin.

11.) If another copy of PRESENTMENT is needed by W.G.YOUNG, a written request for one including a self addressed, stamped (2.50) sent to me at the above mailing location will be honored.

My yes is my yes and my no is my no.

State of Arizona  
County of __Maricopa__

On this __2__ day of __August__, 20__06__ before me personally appeared __Phillip L Drouet__ (name of signer), whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document, and who acknowledged that he/she signed the above/attached document.

(seal)

Notary Public

NOTARY PUBLIC  
STATE OF ARIZONA  
Maricopa County  
ASHLEY VINING  
My Commission Expires 02/18/09

Dan Wayne Adams.  
By; Authorized Representative

2

**Phillip Lavalle; Depriest**
**C/o 2320 East Baseline Rd**
**Suite 148-239**
**Phoenix, Arizona [85042]**

To: W.G. YOUNG, agent for
c/o : US FEDERAL DISTRIC COURT
1 Courthouse Way Suite 2300
Boston, MA 02210

**CERTIFICATE OF SERVICE**

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: Dan Wayne Adams

On August 2, 2006, I caused the forgoing:
VERIFIED NOTICE OF DEFAULT AND OPPORTUNITY TO CURE with attachments

to be sent by certified mail # 7106 0100 0005 7972 3348 to:
W.G. YOUNG, agent for
c/o US FEDERAL DISTRICT COURT
1 Courthouse Way Suite 2300
Boston, MA 02210

My yes is my yes and my no is my no.

State of Arizona          )
County of Maricopa        )
On this 2nd day of August 20 06, before me
personally appeared Phillip Depriest (name of signer),
whose identity was proved to me on the basis of satisfactory evidence
to be the person whose name is subscribed to this document, and who
acknowledged that he/she signed the above/attached document.

(seal)

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
ASHLEY VINING
My Commission Expires 02/18/09

Phillip Lavalle; Depriest
for Dan Wayne Adams
By; Authorized Representative

3