## NOTICE OF INQUIRY

Dan Wayne Adams
c/o Leo Louis DuBois, Notary public
One Long Point Road
Plymouth County
Lakeville[ 02347 ] Massachusetts

August 23, 2006

William G. Young dba CHIEF JUDGE, US DISTRICT COURT, DISTRICT OF MASSACHUSETTS, One Courthouse Way, Suite 2300, Boston, MA. 02210

RE: CASE 06 – 11686 WGY, CASE 06 – 39567, 06 - 11861

Dear Mr. Young,

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Sixth and Ninth Amendments, and The Bill of Rights of the Constitution of the Commonwealth of Massachusetts, in particular, Sections 1, 4, 5, 7, 11, 12, 14, 15, and pursuant to your oath, and requires your written response to me specific to the subject matter.

Your failure to respond, within 30 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: U.S. v. Tweel, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

On January 27, 2006 an order signed by you was filed in the public records to declare the recorded DISCHARGE OF MORTGAGE on my property located at 15 Highfield Drive, Sandwich Barnstable County, Massachusetts as NULL, VOID, and of NO LEGAL EFFECT.

On July 5, 2006 you accepted a VERIFIED JUDICIAL NOTICE AND DEMAND via US Certified Mail 7004 1160 0004 3067 9435 in which it was requested that you document the fact that:

1. alleged plaintiff is authorized by post bankruptcy public policy to loan credit;

2. alleged plaintiff did not sell and is in possession of the original unaltered promissory note signed by the undersigned;

3. as an administrative law judge, you have the power to impose civil sanctions to award civil damages;

4. there is lawful money of account in circulation;

5. an IBOE is not a legal tender;

6. alleged plaintiff did not accept an IBOE tendered by the undersigned;

7. alleged plaintiff can produce the name, address, and account number of the company who was the source of the credit loaned to undersigned;

8. the promissory noted signed by undersigned was not the basis of the credit instrument plaintiff loaned the undersigned;

9. you are acting according to your oath of office as required in the above documents;

10. you and your fellow corporate actors are above the law;

11. the corporate actors involved in this matter did rescind the unlawful COMPLAINT as requested and as such are not subject to a claim against their unlimited commercial liability.

As of this date, you have not responded to this request. You must now produce:

1. your Oath of Office and document your adherence to it in this matter;

2. the original accounting that shows plaintiff lent its own funds to the undersigned;

3. explanation why you are not accountable as required in Article 5 of the Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts'; .

4. evidence you reside in a federal territory as required by the Judicial procedure code;

5. your rebuttal to the above items one through twelve.

If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me at the above address, within 30 days of this letter's date, and support your disagreement with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

My yes is my yes. My no is my no.

All Rights Reserved. Dan Wayne Adams

cc: file, K. Scheier, W. Hillman, H. Potee, J. Grunhofer

Copies to Addressees with first class mail:

1. Karyn F. Scheier, MASSACHUSETTS LAND COURT, 226 CAUSEWAY ST, BOSTON, MA. 02114

2. W.C.Hillman, US BANKRUPTCY CT, 10 CAUSEWAY ST, RM 1101, BOSTON, MA.02222

3. Heather Potee, WAMU, WAMU OFFICE 156, MAIL STOP N070206, 19650 Plummer Avenue, Chatsworth, CA 91311

4. Jerry Grunhofer, PRESIDENT, US BANK NA, 800 NICOLETTE MALL, MINNEAPOLIS, MN 55402.

Certified mail to:

William G. Young dba CHIEF JUDGE, US DISTRICT COURT, DISTRICT OF MASSACHUSETTS, One Courthouse Way, Suite 2300, Boston, MA. 02210

**AFFIDAVIT OF SERVICE**

**NOTICE OF INQUIRY**

Date AUGUST 26-2006

State of Massachusetts    )
                          ) ss:
County of Plymouth        )

I am over 18 years of age and not a party to the within business. My business address is:

c/o Leo Louis DuBois, Jr., Notary Acceptor
One Long Pond Road
Lakeville [ 02347 ] Massachusetts

COPY

On this 26 day of AUGUST 2006, I served the following by U.S. Certified mail number:

7003 0500 0009 2134 0390 _____ to Judge YOUNG

And also by first class U.S. Mail to the above listed 4 addressee persons

Any responses to these documents must be mailed only to the Notary Acceptor by the U.S. Certified Mail to be considered an acceptable response for legal purposes.

I, Leo Louis DuBois, Jr., have retained a copy of the document(s) sent in this mailing to the address for my records.

1. One copy of Original "**NOTICE OF INQUIRY**" by Dan Adams.

" I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed on this 26 day of August, 2006.


Leo Louis Dubois Jr., Notary Acceptor UCC 3 – 402 (b) (1)

My commission expires on March 15 2013



**LEO LOUIS DUBOIS, JR.**
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 15, 2013

COPY