# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-11686-WGY</u>

**WASHINGTON MUTUAL BANK, ET AL**
**Plaintiff**

v.

**ADAMS, ET AL**
**Defendant**

# ORDER

YOUNG, D.J.

    The court hereby orders the sum of $1.00 for Dan Adams and $1.00 for Heidi Adams currently being held in the Registry of the Court be returned to Dan Adams and Heidi Adams.

so ordered,

*William G. Young*
USDC Judge

Sept 5, 2006

To: All Counsel